AARON D. FORD
Attorney General
KAYLA D. DORAME, Bar No. 15533
Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1259
E-mail: kdorame@ag.nv.gov

*Attorneys for Defendants*
Ira Brannon

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GERALD DAVISON, | Case No. 3:20-cv-00417-RCJ-CLB |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| J SINGLETON, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED and agreed by and between Plaintiff, Gerald Davison, *pro se*, and Defendant Ira Brannon, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Kayla D. Dorame, Deputy Attorney General, that pursuant to FED. R. CIV. P. 41(a)(1), that the above captioned action should be dismissed in its entirety with prejudice by order of this Court.

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorney's fees and costs.

DATED this 23rd day of July, 2021.        DATED this 28th day of July, 2021.

                                           AARON D. FORD
                                           Attorney General

By: /s/ Gerald Davison                     By: /s/ Kayla D. Dorame
Gerald Davison (#1044077)                  KAYLA D. DORAME
Plaintiff, Pro Se                          Deputy Attorney General

                                           *Attorneys for Defendants*

1

1
2
3    * * *
4
5    IT IS SO ORDERED.
6
7    _____
8    U.S. DISTRICT JUDGE
9
10   DATED   August 4, 2021.
11
12
...
28